UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

YOLANDA IVETTE DIAZ ROSARIO,

Plaintiff,

v. Case No. 6:26-cv-309-RBD-CAB

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

---

# REPORT AND RECOMMENDATION

This cause comes before the Court on Defendant Commissioner of Social Security's ("**Commissioner**") Unopposed Motion for Entry of Judgment with Remand (Doc. 23), filed August 27, 2026. Therein, Commissioner requests that the case be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).[1] (*Id.* at 2). Further, "[o]n remand, the Administrative Law Judge will offer Plaintiff the opportunity for a hearing; take any further action needed to complete the administrative record; and issue a new decision." (*Id.* at 1). Upon consideration, the undersigned **RESPECTFULLY RECOMMENDS** that the Court:

[1] A "sentence-four" remand refers to the fourth sentence of 42 U.S.C. § 405(g). Sentence four authorizes the Court to enter a "judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."

1. **GRANT** the Unopposed Motion for Entry of Judgment with Remand (Doc. 23).

2. **REVERSE** the final decision of the Commissioner and and **REMAND** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

3. **DIRECT** the Clerk to enter a separate judgment consistent with the foregoing, to terminate any pending motions, and to thereafter close the case.

**NOTICE TO PARTIES**

A party has **fourteen days** from the date the party is served a copy of this Report to file written objections to this Report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1)(C). A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636(b)(1).

If the parties do not object to this Report, then they may expedite the approval process by filing notices of no objection.

Recommended in Orlando, Florida on September 9, 2026.

Chauncey A. Bratt
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties